Ann-Martha Andrews
State Bar No. 7585
Todd D. Erb
State Bar No. 12203
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: AAndrews@LRRLaw.com
      TErb@LRRLaw.com

*Attorneys for Defendants Hartford Fire Insurance Company; Hartford Life Insurance Company; Hartford Life and Accident Insurance Company; And Affinion Benefits Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Debra L. Bernier, an individual, | CASE NO. 2:14-CV-02220-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| The Hartford Fire Insurance Company, a foreign company; Hartford Life Insurance Company, a foreign company; Hartford Life and Accident Insurance Company, a foreign company; Affinion Benefits Group, LLC, a foreign company; ROE Corporations 1-21; DOE Defendants 22 through 32, , | |
| Defendants. | |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5917248_1

DATED this 25th day of June, 2015.

| PARKER & EDWARDS | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By */s/ James L. Edwards (with permission)*<br>    JAMES L. EDWARDS<br>    Nevada Bar No. 4256<br>    1481 W. Warm Springs Rd, Ste 135<br>    Henderson, Nevada  89104<br>Attorneys for Plaintiff | By:*/s/ Ann-Martha Andrews*<br>    ANN-MARTHA ANDREWS<br>    Nevada Bar No. 7585<br>    TODD D. ERB<br>    Nevada Bar No.  12203<br>    3993 Howard Hughes Parkway<br>    Suite 600<br>    Las Vegas, Nevada  89169<br>Attorneys for Defendants Hartford Fire Insurance Company; Hartford Life Insurance Company; Hartford Life and Accident Insurance Company; and Affinion Benefits Group, LLC |

**IT IS SO ORDERED:**

*[signature]*

UNITED STATES DISTRICT JUDGE

**Dated:** July 1, 2015